509 A.2d 867

**In re Nomination Petition of Stanley E. BRANCHE as Candidate for the Democratic Nomination for Representative in Congress From the First Congressional District.**

**OBJECTION OF Thomas M. FOGLIETTA and Michael Foglietta.**

Supreme Court of Pennsylvania.

Argued May 13, 1986.

Decided May 16, 1986.

Robert J. Dixon, Philadelphia, for appellant.

Gregory Harvey, Philadelphia, for appellee.

486

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.